# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| James Scott Alva,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Lew Lewisburg USP, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-00072-CDS-DJA<br><br>**Order** |

　　　　This matter is before the Court on Plaintiff's filing of a complaint on January 8, 2024. Since that date, Plaintiff has failed to pay the filing fee or submit an application/motion to proceed *in forma pauperis*. Although Plaintiff initiated this action by filing a complaint, he must apply to proceed *in forma pauperis* in order to proceed with this civil action without prepaying the full $405 filing fee. The Court will grant Plaintiff one opportunity to file such an application within 30 days. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $405 on or before **April 8, 2024** to proceed with this case.

　　　　Additionally, Plaintiff's mail has been returned as undeliverable. However, under Local Rule IA 3-1, a pro se party must immediately file with the Court written notification of any change of mailing address, email address, telephone number, or facsimile number. The Court will thus require Plaintiff to update his address on or before **April 8, 2024.**

　　　　**IT IS THEREFORE ORDERED** that the Clerk of the Court is kindly directed to send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

**IT IS FURTHER ORDERED** that on or before **April 8, 2024,** Plaintiff will either pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55 administrative fee) or file with the Court a completed **Application to Proceed *in Forma Pauperis*** on this Court's approved form.

**IT IS FURTHER ORDERED** that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* or pay the full $405 filing fee for a civil action on or before **April 8, 2024**, the Court will recommend dismissal of this action.

**IT IS FURTHER ORDERED** that Plaintiff must update his address on or before **April 8, 2024.** Failure to comply with this order may result in a recommendation of dismissal of this action.

DATED: March 7, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE