UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| James Scott Alva,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Lew Lewisburg USP, et al.,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-00072-CDS-DJA<br><br>**Order** |

　　　　On March 7, 2024, the Court noted that Plaintiff had filed initiating documents with the Court but had not paid the filing fee or submitted an application to proceed *in forma pauperis* (without paying the filing fee). (ECF No. 4). The Court thus required Plaintiff to file an application or pay the filing fee on or before April 8, 2024. (*Id.*). It also required Plaintiff to update his address by that date. (*Id.*). The Court explained that "[f]ailure to comply with this order may result in a recommendation of dismissal of this action." (*Id.*).

　　　　On April 8, 2024, Plaintiff filed a notice.[1] (ECF No. 5). That notice has two addresses at the top, only one of which is complete (but which lists a different person than the Plaintiff). (*Id.*). Otherwise, the notice does not comply with the Court's prior order because it does not include an application to proceed *in forma pauperis* on this Court's approved form.

　　　　The Court will thus require Plaintiff to file a status report regarding his address in thirty days. That status report must explain whether Plaintiff receives mail through Jim-Scott: Cole at 3619 La Junta Dr., Las Vegas, NV 89120 and, if not, where he receives his mail. The Court will also send him a copy of the form application to proceed *in forma pauperis*. The Court will give

---

[1] The Court notes that the notices are signed by "Jim-Scott: Cole" and reference James Scott Alva. Because it is not entirely clear if Jim-Scott: Cole is a third party or an alter ego of Plaintiff's, the Court construes the notices to have been filed by Plaintiff.

Plaintiff another opportunity to file a complete application on this Court's form or pay the filing fee.

**IT IS THEREFORE ORDERED** that Plaintiff shall have until **July 25, 2024,** to file a complete application to proceed *in forma pauperis* on this Court's form or pay the filing fee.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff the form application to proceed *in forma pauperis* by an inmate.

**IT IS FURTHER ORDERED** that on or before **July 25, 2024,** Plaintiff must file a status report clarifying and confirming the address where he receives his mail.

**IT IS FURTHER ORDERED** that the Court is kindly directed to send a copy of this order to Plaintiff: (1) at the address on the docket; <u>and</u> (2) at the address below.

James Scott Alva

c/o Jim-Scott: Cole

3619 La Junta Dr.,

Las Vegas, NV 89120

DATED: June 25, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE