**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES SCOTT ALVA, | Case No.: 2:24-cv-00072-APG-DJA |
| Plaintiff | **Order Accepting Report and Recommendation and Closing Case** |
| v. | |
| LEW LEWISBURG USP, et al., | [ECF No. 13] |
| Defendants | |

On January 27, 2025, Magistrate Judge Albregts recommended that this case be dismissed without prejudice because plaintiff James Alva did not file a complete application to proceed in forma pauperis by the given deadline and did not respond to Judge Albregts' order to show cause. ECF No. 13. Alva did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Albregts' report and recommendation (ECF No. 13) is accepted, and this case is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 20th day of February, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE